# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Eric J. House, :
                        Petitioner :
                                  :
    v. : No. 548 C.D. 2015
                                  :
Pennsylvania Board of Probation and Parole,:
                     Respondent :

## **O R D E R**

NOW, June 29, 2016, upon consideration of petitioner's motion for reconsideration on the merits, the motion is denied.

 

MARY HANNAH LEAVITT,
President Judge